TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK (CBN 236173)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-3275
    Facsimile: (213) 894-7819
    Email: richard.park@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAHYAR DAVID YADIDI,<br><br>    Defendant. | No. CV 21-5167<br><br>[CR 19-539-RGK]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEES BANK OF AMERICA, N.A. AND FIDELITY INVESTMENTS**<br>**[28 U.S.C. § 3205(b)]**<br><br>**AND**<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR**<br>**[28 U.S.C. § 3202(b)]** |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order issuing a writ of continuing garnishment in order to secure payment by defendant Mahyar David Yadidi ("Defendant") on the criminal judgment debt entered in *United States v. Mahyar David Yadidi*, CR 19-539-RGK.  In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On August 28, 2020, the Court imposing the following criminal judgment debt against Defendant:

- Restitution: $1,976,832.60
- Special assessment: $100.00

Defendant's Social Security Number XXX-XX-5777. He resides in Los Angeles, California.

As of June 25, 2021, Defendant's criminal debt balance is $1,976,832.60. Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Each Garnishee is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property.  Specifically, it is believed that funds, assets, or property belonging to Defendant are currently in the Garnishees' custody, control, or possession. By and through this writ of garnishment, the United States seeks to take the funds or property from Defendant to secure payment towards the criminal judgment debt. 28 U.S.C. § 3205 (b)(1)(C).

///

///

///

The names and addresses of Garnishees or the Garnishees' authorized agent are:

**Bank of America, N.A.**
**Attn: Legal Order Process**
**800 Samoset Drive**
**Mail Code: DE5-024-02-08**
**Newark, Delaware 19713**

**Fidelity Investments**
**Attn: Risk Ops, Mail Zone KC1F**
**100 Crosby Parkway**
**Covington, Kentucky 41015-3031**

Dated: June 25, 2021                     Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division


/s/ *Richard M. Park*
RICHARD M. PARK
Assistant United States Attorney

Attorneys for Plaintiff
United States of America